IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN DALE SHEFFIELD, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | 3:19-CV-2399-D |
| | § | |
| THE STATE OF TEXAS, | § | |
| Respondent. | § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  Petitioner filed objections on January 31, 2020, and the undersigned district judge has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore ordered that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed without prejudice for failure to exhaust state court remedies.

Considering the record in this case and pursuant to Fed. R. App. P. 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the court denies a certificate of appealability.  The court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation filed in this case in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling."  *Slack v. McDaniel,* 529 U.S.473, 484 (2000).

If petitioner files a notice of appeal,

( )     petitioner may proceed *in forma pauperis* on appeal.

(**X**)     petitioner must pay the $505.00 appellate filing fee or submit a motion to proceed *in*

*forma pauperis*.

**SO ORDERED**.

February 11, 2020.

<br>

_____
SIDNEY A. FITZWATER
SENIOR JUDGE